UNITED STATES of America, Plaintiff–Appellee,

v.

Manuel HERNANDEZ–LOPEZ, Defendant–Appellant.

No. 01–41289.

United States Court of Appeals, Fifth Circuit.

July 24, 2003.

Before JOLLY, HIGGINBOTHAM, and STEWART, Circuit Judges.

PER CURIAM.*

AFFIRMED. See 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.